UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

V.I.P. Motor Cars Ltd., et al.

        Plaintiff(s),            Case No. 2:13-cv-12921-AJT-DRG

v.            Judge  Arthur J. Tarnow

Autoliv, Inc., et al.            Magistrate Judge  David R. Grand

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, V.I.P. Motor Cars Ltd.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐       No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐       No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: July 9, 2013            /s/ Gerard V. Mantese

        P34424
        Mantese Honigman Rossman & Williamson, P.C.
        1361 E. Big Beaver Road
        Troy, MI 48083
        (248) 457-9200
        gmantese@manteselaw.com