UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VIP MOTORCARS, et al.,

        Plaintiff(s),        Case No. 13-12921

v.        Honorable Arthur J. Tarnow

AUTOLIV, INC., et al.,        Magistrate Judge David R. Grand

        Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. __12-md-02311__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Marianne O. Battani__ and Magistrate Judge __Mona K. Majzoub__.

        s/Arthur J. Tarnow
        Arthur J. Tarnow
        United States District Judge

        s/Marianne O. Battani
        Marianne O. Battani
        United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: __CIVIL__

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __July 17, 2013__        s/ S Schoenherr
        Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Marianne O. Battani